IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEBBIE KOPSZYWA**                                                                                              **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:12-cv-394-HSO-RHW**

**HOME DEPOT U.S.A., INC.**                                                                              **DEFENDANT**


## FINAL JUDGMENT

This matter came on to be heard upon the Motion for Summary Judgment [77] filed by Defendant Home Depot U.S.A., Inc.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's claims against Defendant Home Depot U.S.A., Inc., are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of October, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE